# UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** INDIANA
INDIANAPOLIS **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| T & R NEAL AIRMASTER, INC. | § | Case No. 14-02304 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ELLEN K. FUJAWA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 58,310.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged Without Payment:  1,233,893.12 |
| Total Expenses of Administration:  16,972.75 | |

3) Total gross receipts of $ 16,972.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 16,972.75  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 300,000.00 | $ 136,221.09 | $ 136,221.09 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,972.75 | 16,972.75 | 16,972.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 16,000.00 | 13,976.01 | 4,013.19 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,107,511.94 | 907,249.46 | 907,249.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,423,511.94 | $ 1,074,419.31 | $ 1,064,456.49 | $ 16,972.75 |

4)  This case was originally filed under chapter 7 on  03/21/2014 .  The case was pending for 65 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/06/2019                By:            /s/ELLEN K. FUJAWA

ELLEN K. FUJAWA
Office of Ellen K. Fujawa
P.O. Box 668
Zionsville, IN 46077
Phone: (317) 203-3233
Fax:
Email: ellenfujawa@gmail.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1121-000 | 7,472.75 |
| Preference/avoidance actions | 1241-000 | 5,500.00 |
| Preference/avoidance actions | 1249-000 | 4,000.00 |
| TOTAL GROSS RECEIPTS | | $16,972.75 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BMO HARRIS BANK, N.A. | 4210-000 | 75,000.00 | 67,307.48 | 67,307.48 | 0.00 |
| 000007 | BMO HARRIS BANK, N.A. | 4210-000 | 225,000.00 | 68,913.61 | 68,913.61 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 300,000.00 | $ 136,221.09 | $ 136,221.09 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ELLEN K. FUJAWA | 2100-000 | NA | 1,707.81 | 1,707.81 | 1,707.81 |
| TRUSTEE EXPENSES:ELLEN K. FUJAWA | 2200-000 | NA | 273.18 | 273.18 | 273.18 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 142.46 | 142.46 | 142.46 |
| UNION BANK | 2600-000 | NA | 630.24 | 630.24 | 630.24 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):CHRISTINE K. JACOBSON | 3210-000 | NA | 10,145.96 | 10,145.96 | 10,145.96 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):LARRY MARIETTA | 3410-000 | NA | 3,373.10 | 3,373.10 | 3,373.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 16,972.75 | $ 16,972.75 | $ 16,972.75 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDR 100 N Senate Ave. Rm. N203-Bankruptcy Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | IRS PO Box 21126 Philadelphia, PA 19114 | | 16,000.00 | NA | NA | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 13,976.01 | 4,013.19 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 16,000.00 | $ 13,976.01 | $ 4,013.19 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aflac 1932 Wynnton Road Columbus, GA 31999 | | 215.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anthem Blue Cross and Blue Shield PO Box 6112 Indianapolis, IN 46206 | | 9,848.72 | NA | NA | 0.00 |
| | Bright House Networks PO Box 30262 Tampa, FL 33630 | | 160.63 | NA | NA | 0.00 |
| | C.J. Consulting Group 7009 Chesham Court Indianapolis, IN 46256 | | 60,500.00 | NA | NA | 0.00 |
| | Christian Phone Book 435 E. Main St. Ste 150 Greenwood, IN 46143 | | 2,970.00 | NA | NA | 0.00 |
| | Cintas 9949 Park Davis Drive Indianapolis, IN 46235 | | 70.20 | NA | NA | 0.00 |
| | Citizens Energy Group PO Box 7056 Indianapolis, IN 46207 | | 308.14 | NA | NA | 0.00 |
| | Colby Equipment PO Box 26327 Indianapolis, IN 46226 | | 2,145.00 | NA | NA | 0.00 |
| | Companion Life PO Box 100102 Columbia, SC 29202 | | 332.00 | NA | NA | 0.00 |
| | Concrete Surgeons 4761 Industrial Pkwy Indianapolis, IN 46226 | | 450.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Denise Neal 5400 W. Stonehaven Lane New Palestine, IN 46163 | | 24,010.90 | NA | NA | 0.00 |
| | Duncan Supply 910 N. Illinois St Indianapolis, IN 46204 | | 435.78 | NA | NA | 0.00 |
| | ESolutions 2350 N Shadeland Ave Indianapolis, IN 46219 | | 2,511.25 | NA | NA | 0.00 |
| | Excel Business Printing 6302 Rucker Rd, Ste A Indianapolis, IN 46220 | | 190.36 | NA | NA | 0.00 |
| | Fuller Engineering Company, LLC 4135 W 99th St. Carmel, IN 46032 | | 6,478.85 | NA | NA | 0.00 |
| | Gustave A. Larson Company 3835 E 21st St Indianapolis, IN 46218 | | 31.76 | NA | NA | 0.00 |
| | Harris Tire & Automotive 5425 N Keystone Ave Ste 800 Indianapolis, IN 46220 | | 1,435.42 | NA | NA | 0.00 |
| | Henthorn Agency, Inc 411 Main St, PO Box 510 Beech Grove, IN 46107 | | 275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indiana Farmers Mutual Insurance Co. PO Box 856 Indianapolis, IN 46206 | | 3,000.00 | NA | NA | 0.00 |
| | Indiana Supply Corporation 1967 Chelmsford Street Carmel, IN 46032 | | 54,110.62 | NA | NA | 0.00 |
| | Jiffy Lube PO Box 620130 Middleton, WI 53562 | | 85.19 | NA | NA | 0.00 |
| | Key Computers, Inc. 9040 E 30th St Indianapolis, IN 46229 | | 85.00 | NA | NA | 0.00 |
| | Koch Air PO Box 636092 Cincinnati, OH 45263-6092 | | 556.40 | NA | NA | 0.00 |
| | Langendorf Supply Co., Inc 4653 Crossroads Industrial Drive Bridgeton, MO 63044 | | 4,500.00 | NA | NA | 0.00 |
| | Lennox Industries PO Box 910549 Dallas, TX 75391 | | 16.48 | NA | NA | 0.00 |
| | Logo Indiana PO Box 7109 Indianapolis, IN 46207 | | 822.00 | NA | NA | 0.00 |
| | Lowes PO Box 530914 Atlanta, GA 30353-0914 | | 13,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MBF Leasing 132 W. 31st St. 14th Floor New York, NY 13405 | | 0.00 | NA | NA | 0.00 |
| | McAllister Installations LLC 10391 N 400 W Fountaintown, IN 46130 | | 16,000.00 | NA | NA | 0.00 |
| | Merchant Services 9012 Research Drive, Ste 200 Irvine, CA 92618 | | 0.00 | NA | NA | 0.00 |
| | Million & Company, PC 9100 Purdue Road, Ste 310 PO Box 681406 Indianapolis, IN 46268 | | 5,300.00 | NA | NA | 0.00 |
| | Money Mailer of N.E. Indy 10422 Starboard Way Indianapolis, IN 46256 | | 24,964.00 | NA | NA | 0.00 |
| | N2 Publishing, Inc. PO Box 10916 Wilmington, NC 28404 | | 3,600.00 | NA | NA | 0.00 |
| | Nelson Alarm Co 2602 E. 55th Street Indianapolis, IN 46220 | | 90.00 | NA | NA | 0.00 |
| | Pitney Bowes PO Box 371874 Pittsburgh, PA 15250 | | 1,794.77 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RE Michel Company Inc PO Box 2318 Baltimore, MD 21203 | | 33,557.39 | NA | NA | 0.00 |
| | Republic Services PO Box 9001099 Louisville, KY 40290 | | 181.22 | NA | NA | 0.00 |
| | Ricoh PO Box 740541 Atlanta, GA 30374 | | 1,000.00 | NA | NA | 0.00 |
| | Runyon Equipment Rental 410 W Carmel Drive Carmel, IN 46032 | | 1,957.85 | NA | NA | 0.00 |
| | Stericycle 1521 Concord Pike Wilmington, DE 19803 | | 587.41 | NA | NA | 0.00 |
| | Steve's Towing 4300 S. Meridian St, #B Indianapolis, IN 46217 | | 105.00 | NA | NA | 0.00 |
| | Superfleet PO Box 1590 Springfield, OH 45501 | | 22,150.43 | NA | NA | 0.00 |
| | Taylored Systems, Inc. 14701 Cumberland Road, Ste 100 Noblesville, IN 46060 | | 120.00 | NA | NA | 0.00 |
| | Trane 3600 Pammel Creek Rd La Crosse, WI 54601 | | 441.74 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Travelers Walkers & Associates PO Box 19445 Indianapolis, IN 46219 | | 1,259.34 | NA | NA | 0.00 |
| | Verizon PO BOX 4002 Acworth, GA 30101 | | 3,500.00 | NA | NA | 0.00 |
| | Water Furnace 9000 Conservation Way Fort Wayne, IN 46809 | | 486.00 | NA | NA | 0.00 |
| | Winthrop Supply Company, Inc 4851 Winthrop Ave. Indianapolis, IN 46205 | | 25.46 | NA | NA | 0.00 |
| | Yellow Pages 333 West North Ave. Chicago, IL 60610 | | 965.00 | NA | NA | 0.00 |
| 000008 | ACD HOLDINGS, LLC | 7100-000 | 500,000.00 | 238,657.00 | 238,657.00 | 0.00 |
| 000009 | AIRMASTER HEATING AND COOLING, LLC | 7100-000 | NA | 266,560.00 | 266,560.00 | 0.00 |
| 000010A | C.J. CONSULTING GROUP | 7100-000 | NA | 82,125.01 | 82,125.01 | 0.00 |
| 000011 | CIT FINANCE, LLC | 7100-000 | NA | 3,983.42 | 3,983.42 | 0.00 |
| 000004 | GE CAPITAL INFORMATION TECHNOLOGY S | 7100-000 | NA | 8,579.07 | 8,579.07 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | HABEGGER CORPORATION | 7100-000 | 300,000.00 | 295,977.78 | 295,977.78 | 0.00 |
| 000003 | INDIANAPOLIS POWER & LIGHT CO. | 7100-000 | 400.00 | 790.71 | 790.71 | 0.00 |
| 000001 | MIDWEST WIRELESS | 7100-000 | 481.47 | 989.71 | 989.71 | 0.00 |
| 2B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 9,586.76 | 9,586.76 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,107,511.94 | $ 907,249.46 | $ 907,249.46 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 14-02304 | JMC | Judge: JAMES M. CARR |
|---|---|---|---|

Case Name:    T & R NEAL AIRMASTER, INC.

For Period Ending:  08/06/19

Trustee Name:              ELLEN K. FUJAWA

Date Filed (f) or Converted (c):    03/21/14 (f)

341(a) Meeting Date:        05/06/14

Claims Bar Date:             12/17/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking account with BMO Harris (#0507) Savings a | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. Accounts receivable | 0.00 | 7,472.75 | | 7,472.75 | FA |
| 3. customer list, phone numbers, and other intangible | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. 2000 Ford E250 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 5. 2000 Ford E250 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 6. 2006 Chevy G2500 | 4,350.00 | 0.00 | OA | 0.00 | FA |
| 7. 2002 Ford F150 | 3,250.00 | 0.00 | OA | 0.00 | FA |
| 8. 2007 Toyota Tundra | 6,885.00 | 0.00 | OA | 0.00 | FA |
| 9. 2004 GMC Sierra 1500 | 4,775.00 | 0.00 | OA | 0.00 | FA |
| 10. 2002 Chevy G3500 | 3,250.00 | 0.00 | OA | 0.00 | FA |
| 11. 2006 Ford E250 | 3,750.00 | 0.00 | OA | 0.00 | FA |
| 12. 2002 Ford E250 | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 13. 16' utility trailer | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 14. safe, 3 folder racks, 2 tv's, 1 bookcase, 1 phone | 7,450.00 | 0.00 | OA | 0.00 | FA |
| 15. 8' break, key bender, edge roller, 48" kicksheer, | 11,000.00 | 0.00 | OA | 0.00 | FA |
| 16. sheet metal fittings, sheet metal pipe, flat sheet | 4,100.00 | 0.00 | OA | 0.00 | FA |
| 17. Preference/avoidance actions (u) | 0.00 | 9,500.00 | | 9,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $58,310.00 | $16,972.75 | | $16,972.75 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1-30-19:  Omnibus Order finally issued. This will be an anomaly case.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-02304    JMC    Judge: JAMES M. CARR | |
| Case Name: | T & R NEAL AIRMASTER, INC. | |

| | |
|---|---|
| Trustee Name: | ELLEN K. FUJAWA |
| Date Filed (f) or Converted (c): | 03/21/14 (f) |
| 341(a) Meeting Date: | 05/06/14 |
| Claims Bar Date: | 12/17/14 |

October 26, 2018, 12:16 am : omnibus objection filed in July, 2018.  In October, 2018, Court informed Trustee it would need to be amended.

Application to Pay Accountant filed 7-5-17

MTO filed 3-23-17 for tax returns.

Application to Employ Marietta Financial filed 2-23-17

October 06, 2016, 02:23 pm :  two settlements made by special counsel.

October 11, 2015, 11:49 pm :  have received e-mail from counsel re:  preference analysis [previous counsel no longer with firm].  Will schedule conference for her to proceed.

March 18, 2015, 02:42 pm :  demand letter send to American Legion for NSF check

October 23, 2017, 09:42 pm :  professional paid;  ready for TFR.

Application filed 10-16-14 to hire R&L as Special Counsel

October 12, 2014, 12:23 pm :  Katz & Korin retained for primary issues.

4-15-14 Notice of Continued 341 filed and mailed to Debtor and attorney

Initial Projected Date of Final Report (TFR): 09/17/15          Current Projected Date of Final Report (TFR): 02/01/19

_____   Date: _____

ELLEN K. FUJAWA

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:   14-02304  -JMC

Case Name:   T & R NEAL AIRMASTER, INC.

Trustee Name:   ELLEN K. FUJAWA

Bank Name:   UNION BANK

Account Number / CD #:   *******6019  Checking Account

Taxpayer ID No:   *******4466

For Period Ending:   08/06/19

Blanket Bond (per case limit):   $ 59,173,500.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/15 | | Trsf In From BANK OF NEW YORK MELLO | INITIAL WIRE TRANSFER IN | 9999-000 | 7,330.29 | | 7,330.29 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,315.29 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,300.29 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,285.29 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,270.29 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,255.29 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,240.29 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,225.29 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,210.29 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,195.29 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,180.29 |
| 06/28/16 | 17 | MEP Holding Company 2350 N. Shadeland Ave. Indianapolis, IN  46219 | avoidance actions | 1241-000 | 3,500.00 | | 10,680.29 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,665.29 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.82 | 10,649.47 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.80 | 10,633.67 |
| 09/27/16 | 17 | Cox, Sargeant & Burns, P.C. IOLTA Account 8440 Woodfield Crossing Blvd. Ste 170 Indianapolis, IN  46240 | Preference payment | 1241-000 | 2,000.00 | | 12,633.67 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.27 | 12,618.40 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.53 | 12,599.87 |
| 12/08/16 | 17 | The Habegger Corporation 4995 Winton Road Cincinnati, OH  45232 | Preference payment | 1249-000 | 4,000.00 | | 16,599.87 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.09 | 16,581.78 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 22.30 | 16,559.48 |

Page Subtotals          16,830.29          270.81

Ver: 22.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 14-02304  -JMC | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | T & R NEAL AIRMASTER, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6019  Checking Account |
| Taxpayer ID No: | *******4466 | | |
| For Period Ending: | 08/06/19 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/18/17 | 600001 | CHRISTINE K. JACOBSON | Trustee Attorney Fees | 3210-000 | | 10,145.96 | 6,413.52 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 24.64 | 6,388.88 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.79 | 6,369.09 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,354.09 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,339.09 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,324.09 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,309.09 |
| 08/12/17 | 600002 | LARRY MARIETTA<br>MARIETTA FINANCIAL SERVICES<br>4622 WEST 72ND STREET, SUITE C<br>INDIANAPOLIS, IN  46268 | ACCOUNTANT SERVICES | 3410-000 | | 3,373.10 | 2,935.99 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,920.99 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,905.99 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,890.99 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,875.99 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,860.99 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,845.99 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,830.99 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,815.99 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,800.99 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,785.99 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,770.99 |
| 07/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,755.99 |
| 08/27/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,740.99 |
| 09/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,725.99 |
| 10/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,710.99 |
| 11/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,695.99 |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,680.99 |
| * 02/25/19 | | UNION BANK | BANK SERVICE FEE | 2600-003 | | 15.00 | 2,665.99 |

| | Page Subtotals | 0.00 | 13,893.49 |
|---|---|---|---|

Ver: 22.02

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 14-02304 -JMC | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | T & R NEAL AIRMASTER, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******6019  Checking Account |
| Taxpayer ID No: | *******4466 | | |
| For Period Ending: | 08/06/19 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/19/19 | | Reverses Adjustment OUT on 02/25/19 | BANK SERVICE FEE authorized by bank. | 2600-003 | | -15.00 | 2,680.99 |
| 05/25/19 | 600003 | U.S Bankruptcy Court Room 116 Birch Bayh Federal Building and U.S. Courthouse 46 E. Ohio Street Indianapolis, IN  46204 | adversary fee DOCKET NO. 1 -- AP 16-50082 | 2700-000 | | 350.00 | 2,330.99 |
| 05/25/19 | 600004 | U.S Bankruptcy Court Room 116 Birch Bayh Federal Building and U.S. Courthouse 46 E. Ohio Street Indianapolis, IN  46204 | adversary fee adversary fee DOCKET NO. 1  AP 16-50259 | 2700-000 | | 350.00 | 1,980.99 |
| 07/15/19 | 600005 | ELLEN K. FUJAWA P.O. Box 668 Zionsville, IN  46077 | Chapter 7 Compensation/Fees | 2100-000 | | 1,707.81 | 273.18 |
| 07/15/19 | 600006 | ELLEN K. FUJAWA P.O. Box 668 Zionsville, IN  46077 | Chapter 7 Expenses | 2200-000 | | 273.18 | 0.00 |

| | | Page Subtotals | 0.00 | 2,665.99 |
|---|---|---|---|---|

Ver: 22.02

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        14-02304  -JMC                                    Trustee Name:        ELLEN K. FUJAWA
Case Name:    T & R NEAL AIRMASTER, INC.                          Bank Name:           UNION BANK
                                                                 Account Number / CD #:    *******6019  Checking Account

Taxpayer ID No:  *******4466
For Period Ending:  08/06/19                                      Blanket Bond (per case limit):  $ 59,173,500.00
                                                                 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 16,830.29 | 16,830.29 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,330.29 | 0.00 | |
| | | | Subtotal | | 9,500.00 | 16,830.29 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,500.00 | 16,830.29 | |

Page Subtotals        0.00        0.00

Ver: 22.02

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 19)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| Case No: | 14-02304  -JMC | | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | T & R NEAL AIRMASTER, INC. | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******5773  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4466 | | | |
| For Period Ending: | 08/06/19 | | Blanket Bond (per case limit): | $  59,173,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/14 | 2 | JENNA GEHLHOUSEN | Account Receivables | 1121-000 | 160.00 | | 160.00 |
| 07/04/14 | 2 | PAUL TO SMITH, JR. | Account Receivables | 1121-000 | 109.00 | | 269.00 |
| 07/04/14 | 2 | JOHN STOUT | Account Receivables | 1121-000 | 2,758.00 | | 3,027.00 |
| 07/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,017.00 |
| 08/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,007.00 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,997.00 |
| 10/07/14 | 2 | Indiana University | Account Receivables | 1121-000 | 69.95 | | 3,066.95 |
| 10/07/14 | 2 | Shoe Show P O Box 648 Concord, NC  28026 | Account Receivables | 1121-000 | 1,200.00 | | 4,266.95 |
| 10/07/14 | 2 | Discover Properties PMG LLC 6302 Rucker Rd. Ste K Indianapolis, IN  46220 | Accounts Receivables | 1121-000 | 530.35 | | 4,797.30 |
| 10/07/14 | 2 | Sagamore Dining Partners dba Noodles & Company P O Box 2527 Olympia, WA  98507-2527 | Account Receivables | 1121-000 | 377.00 | | 5,174.30 |
| * 10/07/14 | 2 | Derron Wilson 11632 Willow Springs Dr. Zionsville, IN  46077 | Account Receivables | 1121-003 | 135.00 | | 5,309.30 |
| 10/07/14 | 2 | Hogan Truck Leasing, Inc. P O Box 7521 St. Louis, MO  63106 | Account Receivables | 1121-000 | 134.00 | | 5,443.30 |
| 10/07/14 | 2 | EEG, Inc. 396 Pottsville St. Clair Highway Pottsville, PA  17901 | Account Receivables | 1121-000 | 89.00 | | 5,532.30 |
| 10/07/14 | 2 | Curtis Donley 4653 Statesmen Dr. | Account Receivables | 1121-000 | 89.00 | | 5,621.30 |

Page Subtotals         5,651.30         30.00

Ver: 22.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 14-02304 -JMC |
|---|---|
| Case Name: | T & R NEAL AIRMASTER, INC. |

Taxpayer ID No: *******4466
For Period Ending: 08/06/19

Trustee Name: ELLEN K. FUJAWA
Bank Name: BANK OF NEW YORK MELLON
Account Number / CD #: *******5773  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 59,173,500.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Indianapolis, IN  46250 | | | | | |
| 10/07/14 | 2 | Washington Blvd. Apts<br>5140 N. Washington Blvd.<br>Indianapolis, IN  46205 | Account Receivables | 1121-000 | 69.95 | | 5,691.25 |
| 10/07/14 | 2 | Shoe Show Inc.<br>P O Box 648<br>Concord, NC  28026-0648 | Account Receivables | 1121-000 | 362.50 | | 6,053.75 |
| * 10/07/14 | 2 | The American Legion Post #34<br>6440 E. Westfield Blvd.<br>Indianapolis, IN  46220 | Account Receivables | 1121-003 | 1,524.00 | | 7,577.75 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,567.75 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,557.75 |
| * 11/08/14 | 2 | Derron Wilson<br>11632 Willow Springs Dr.<br>Zionsville, IN  46077 | Account Receivables<br>returned as insufficient funds | 1121-003 | -135.00 | | 7,422.75 |
| * 11/08/14 | 2 | The American Legion Post #34<br>6440 E. Westfield Blvd.<br>Indianapolis, IN  46220 | Account Receivables<br>returned as insufficient funds | 1121-003 | -1,524.00 | | 5,898.75 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,888.75 |
| 01/08/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,878.75 |
| 02/06/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,868.75 |
| 03/06/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,858.75 |
| 04/06/15 | 2 | The American Legion Post #34<br>P O Box 301143<br>Indianapolis, IN  46230 | accounts receovable | 1121-000 | 1,524.00 | | 7,382.75 |
| 04/07/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,372.75 |
| 05/07/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.02 | 7,362.73 |
| 06/05/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.95 | 7,351.78 |
| 07/07/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.58 | 7,341.20 |

Page Subtotals  1,821.45  101.55

Ver: 22.02

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-02304  -JMC | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | T & R NEAL AIRMASTER, INC. | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******5773  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4466 | | |
| For Period Ending: | 08/06/19 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/15 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.91 | 7,330.29 |
| 08/25/15 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 7,330.29 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,472.75 | 7,472.75 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,330.29 | |
| Subtotal | 7,472.75 | 142.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,472.75 | 142.46 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6019 | 9,500.00 | 16,830.29 | 0.00 |
| Checking Account (Non-Interest Earn - *******5773 | 7,472.75 | 142.46 | 0.00 |
| | 16,972.75 | 16,972.75 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  |
|---|---|---|
| Trustee's Signature: | /s/    ELLEN K. FUJAWA | Date: 08/06/19 |
| | ELLEN K. FUJAWA | |

| Page Subtotals | 0.00 | 7,341.20 |
|---|---|---|

Ver: 22.02

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*